No. 01–8257. TUNSIL v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 01–8258. TILLI v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–8259. JONES v. CARTER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–8260. JAMES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–8261. KASSEM v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–8262. MARKHAM v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8273. HOPKINS v. TARASCIO, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 01–8275. ARTHUR v. LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8285. MUELLER v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 01–8286. BARNEY v. CITY OF EUGENE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8288. EDWARDS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8289. OBADELE, AKA BEN-YAHWEH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8290. BOLER v. SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 01–8291. BEDELL v. GORCZYK ET AL. C. A. 4th Cir. Certiorari denied.